| | |
|---|---|
| 1<br>2<br>3<br>4 | JACKSON LEWIS LLP<br>JAMERSON C. ALLEN (State Bar No. 132866)<br>CARA CHING-SENAHA (State Bar No. 209467)<br>199 Fremont Street, 10th Floor<br>San Francisco, California 94105<br>Telephone: (415) 394-9400<br>Facsimile: (415) 394-9401 |
| 5<br>6 | Attorneys for Defendant<br>WW WHARF GL, INC.<br>(erroneously sued as WW LODGING, INC.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>Plaintiff,<br><br>v.<br><br>WW LODGING, INC., a Delaware corporation, dba RADISSON FISHERMAN'S WHARF HOTEL, BLOCK 14 ASSOCIATES, and DOES ONE to FIFTY, inclusive,<br><br>Defendants. | Case No. C 06 4224<br><br>**SECOND FURTHER STIPULATION TO CONTINUE DEFENDANT WW WHARF GL, INC.'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>[Civil Local Rule 6-1(a)]<br><br>Complaint Filed: July 10, 2006 |

Plaintiff GYPSIE JONES and Defendant WW WHARF GL, INC. (erroneously sued as WW LODGING, INC.) through their respective attorneys of record, hereby stipulate as follows:

1. Counsel for WW Wharf GL, Inc. and Plaintiff have verbally agreed on settlement terms and are in the process of finalizing a written settlement agreement, which will dismiss with prejudice all parties and claims in this action. In addition, the parties are negotiating their compliance with the Notice of Lien filed in this action by Wild Oats Market.

2. Accordingly, the parties stipulate and agree that defendant WW Wharf GL, Inc. has a further extension up to and including October 17, 2006 to finalize the written settlement agreement, before the time to file its responsive pleading in this action is due.

1

SECOND FURTHER STIPULATION TO CONTINUE DEFENDANT'S WW WHARF GL, INC.'S
DEADLINE T FILE RESPONSIVE PLEADING                                    Case No. C 06 4224

3. Pursuant to Civil Local Rule 6-1(a), this Stipulation does not change any event or deadline set by Court order. Plaintiff has waived her right to hold a joint inspection of the property under the Court's scheduling Order.

SO STIPULATED:

Dated: October 12, 2006            JACKSON LEWIS LLP

                                   By: _____
                                   Jamerson C. Allen
                                   Cara Ching-Senaha
                                   Attorneys for Defendant
                                   WW WHARF GL, INC.

Dated: October 12, 2006            SINGLETON LAW GROUP

                                   By: _____
                                   Jason K. Singleton
                                   Richard E. Grabowksi
                                   Attorneys for Plaintiff
                                   GYPSIE JONES

GRANTED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---
2
SECOND STIPULATION TO CONTINUE DEFENDANT'S WW WHARF GL, INC.'S
DEADLINE T FILE RESPONSIVE PLEADING                                  Case No. C 06 4224