JAMERSON C. ALLEN (State Bar No. 132866)
CARA CHING-SENAHA (State Bar No. 200467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
WW WHARF GL, INC.
(erroneously sued as WW LODGING, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WW LODGING, INC., a Delaware corporation, dba RADISSON FISHERMAN'S WHARF HOTEL, BLOCK 14 ASSOCIATES, and DOES ONE to FIFTY, inclusive,<br><br>　　　　　Defendants. | Case No. C 06 4224 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED] ORDER** |

　　　　Plaintiff GYPSIE JONES and Defendants WW WHARF FL, INC., erroneously sued as WW LODGING, INC., dba RADDISON FISHERMAN'S WHARF HOTEL, BLOCK 14 ASSOCIATES) (collectively "the Parties"), by and through their respective attorneys of record hereby stipulate as follows:

　　　　1.　　The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

1

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER　　　　　　　　　　　　　　Case No. C 06 4224 SI

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: November 9, 2006            JACKSON LEWIS LLP

By: _____
Jamerson C. Allen
Attorneys for Defendant
WW WHARF GL, INC.

Dated: November 1, 2006            SINGLETON LAW GROUP

By: _____
Jason K. Singleton
Richard E. Grabowksi
Attorneys for Plaintiff
GYPSIE JONES

Lien Claimant WILD OATS MARKET, INC., through its undersigned attorney, consents to dismissal with prejudice.

Dated: November 7, 2006            DLA Piper LLP

By: _____
Amy Beckstead
Attorneys for WILD OATS MARKETS

2

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER        Case No. C 06 4224 SI

# ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action *JONES v. WW LODGING, et al.*, Case Number C-06-4224 SI, is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated: November ___, 2006          By: _____
                                   HONORABLE SUSAN ILLSTON
                                   Judge of the United States District Court